FILED IN
COURT OF CRIMINAL APPEALS

February 18, 2015

ABEL ACOSTA, CLERK



PD-1427-13
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/17/2015 1:52:09 PM
Accepted 2/17/2015 2:16:41 PM
ABEL ACOSTA
CLERK

# NICHOLAS "NICO" LaHOOD

## Criminal District Attorney

### Bexar County, Texas

January 29, 2015

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin TX 78711

    Re:   State v. Vanessa Cameron, No. PD-1427-13

Dear Mr. Acosta:

    I have received notice that this case is being submitted to the court on March 18, 2015, at 9:00 a.m. I will appear on that date and present oral argument.

                Very truly yours,

                Jay Brandon

copy:  Gerald Goldstein, ggandh@aol.com
         Donald Flanary, donflanary@hotmail.com